5/1/2024

To: The Honorable Judge Ted Stewart
U.S. Courthouse
351 South West Temple
Salt Lake City, UT 84101

From: Monty Shelton
9298 S. Maison Drive
Sandy, UT 84093

FILED US District Court-UT
MAY 02 '24 AM 11:25

Re: **Request for Early Termination of Supervised Release on Case No. 2:22CR00148-1**

Honorable Judge Stewart:

I began a 5 year sentence of Supervised Release on November 9th, 2021. My probation Officer is Mr. Alonso Nez. Since my release from incarceration, I have fully complied with all the terms of my probation.

I have strong family ties. I currently live with my 82 year old mother and provide her with care and support. I have family and friends across the U.S. whom I communicate with frequently.

I am very active in the community. Since my release, I have served more than 350 volunteer hours at the USO facility at the Salt Lake airport. I was recently awarded the Bronze President's Volunteer Service Award and received a commendation from the White House. I also volunteer weekly at the South Valley Food Bank and have donated more than 300 hours of service there.

I worked at both Walmart and Amazon upon my release until May 2023. I am now retired. I received a disability rating from the Veteran's Administration due to injuries suffered as an Army Infantryman during my active duty service to our Country.

I humbly ask you to release me early from Supervised Release so that I may gain my freedom back and no longer be a burden or concern to our government. You have my word of honor that I will continue to serve my family and our community in a manner that will be a positive reflection on your decision.

Sincerely,

Monty Shelton



*The President's Volunteer Service Award is presented to:*

# MONTY SHELTON

## BRONZE

*By AmeriCorps in recognition and appreciation for their commitment to strengthen our nation and communities through volunteer service*

## 2023
Awarded



POINTS OF LIGHT




AmeriCorps



**THE WHITE HOUSE**

WASHINGTON

The American story depends not on any one of us, not on some of us, but on all of us. I congratulate you on taking it upon yourself to contribute to the public good, and I'm proud to present you with the President's Bronze Volunteer Service award in recognition of your 154 hours of service to this great Nation.

Throughout our country's history, the American story has been strengthened by those who combine an optimism about what can be with the resilience to turn that vision into reality. I know I'm not alone in recognizing that those who are willing to step up and volunteer in service of community and country are essential to the ongoing work of forming our more perfect union.

By sharing your time and passion, you are helping discover and deliver solutions to the challenges we face - solutions that we need now more than ever. We are living in a moment that calls for hope and light and love. Hope for our futures, light to see our way forward, and love for one another. Through your service, you are providing all three.

On behalf of the American people, I extend my heartfelt appreciation to you for your volunteer leadership, and I encourage you to continue to answer the call to serve. The country is counting on you.